**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2402**

_____

WOODROW B. THOMPSON, III,

        Plaintiff - Appellant,

     v.

NOVAPRO RISK SOLUTIONS, LP; CYNTHIA D. SADLER, Individually
and as Employee and Agent for: NOVA PRO RISK SOLUTIONS, LP;
DIANE SMITH, Individually and as Employee and Agent for:
NOVA PRO RISK SOLUTIONS, LP,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:09-cv-01755-WDQ)

_____

Submitted: October 14, 2010     Decided: October 20, 2010

_____

Before MOTZ, KING, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mercedes C. Samborsky, Joppa, Maryland, for Appellant. Alan S.
Block, A. David Freeman, BONNER KIERNAN TREBACH & CROCIATA, LLP,
Washington, D.C.; David A. Rosenberg, FORD & HARRISON, LLP,
Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Woodrow B. Thompson, III, appeals the district court's order denying his motion to remand all federal and state employment discrimination claims to state court. We review de novo the district court's denial of the motion to remand. See Moffitt v. Residential Funding, Co., LLC, 604 F.3d 156, 159 (4th Cir. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Novapro Risk Solutions, LP, No. 1:09-cv-01755-WDQ (D. Md. Dec. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED